UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH BRANDT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>OCWEN LOAN SERVICING, LLC,<br><br>　　　　Defendants. | No. 1:17-cv-00643-DAD-EPG<br><br><br>ORDER RELATING AND REASSIGNING CASES |
| JOSEPH SANZBERRO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>OCWEN LOAN SERVICING, LLC,<br><br>　　　　Defendants. | No. 1:17-cv-00644-LJO-SKO |
| JUANA SILVA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>OCWEN LOAN SERVICING, LLC,<br><br>　　　　Defendants. | No. 1:17-cv-00645-AWI-MJS |

1

| | |
|---|---|
| KARI ALVERSON,<br><br>Plaintiff,<br><br>v.<br><br>OCWEN LOAN SERVICING, LLC,<br><br>Defendants. | No. 1:17-cv-00649-DAD-MJS |
| ALICE JONES,<br><br>Plaintiff,<br><br>v.<br><br>OCWEN LOAN SERVICING, LLC,<br><br>Defendants. | No. 1:17-cv-00655-LJO-EPG |
| LAURIE CALDERON,<br><br>Plaintiff,<br><br>v.<br><br>OCWEN LOAN SERVICING, LLC,<br><br>Defendants. | No. 2:17-cv-00967-KJM-CMK |
| DOREEN BYNDLOSS-COLLINS,<br><br>Plaintiff,<br><br>v.<br><br>OCWEN LOAN SERVICING, LLC,<br><br>Defendants. | No. 2:17-cv-00972-KJM-EFB |

| 1 | TOBI BROWNING, | No. 2:17-cv-00979-JAM-KJN |
| 2 | Plaintiff, | |
| 3 | v. | |
| 4 | OCWEN LOAN SERVICING, LLC, | |
| 5 | Defendants. | |

Based on review of pending litigation in the Eastern District of California, it appears that the above-referenced action entitled *Brandt v. Ocwen Loan Servicing, LLC*, Case No. 1:17-cv-00643-DAD-EPG, is related under this court's Local Rule 123 to the following actions: (1) *Joseph Sanzberro v. Ocwen Loan Servicing, LLC*, Case No. 1:17-cv-00644-LJO-SKO; (2) *Juana Silva v. Ocwen Loan Servicing, LLC*, Case No. 1:17-cv-00645-AWI-MJS; (3) *Kari Alverson v. Ocwen Loan Servicing, LLC*, Case No. 1:17-cv-00649-DAD-MJS; (4) *Alice Jones v. Ocwen Loan Servicing, LLC*, Case No. 1:17-cv-00655-LJO-EPG; (5) *Laurie Calderon v. Ocwen Loan Servicing, LLC*, 2:17-cv-00967-KJM-CMK; (6) *Doreen Byndloss-Collins v. Ocwen Loan Servicing, LLC*, 2:17-cv-00972-KJM-EFB; (7) *Tobi Browning v. Ocwen Loan Servicing, LLC*, 2:17-cv-00979-JAM-KJN. All of these actions involve the same or similar parties, properties, claims, events, and/or questions of fact or law. In addition, the currently assigned district and magistrate judges in the above entitled matters have not engaged in those actions in any substantial way. Accordingly, assignment of the actions to the undersigned and to Magistrate Judge Erica P. Grosjean will promote efficiency and economy for the court and parties.

An order relating cases under this court's Local Rule 123 merely assigns them to the same district judge and magistrate judge, and does not consolidate cases. Good cause appearing, the court orders that the cases listed below are hereby reassigned to U.S. District Judge Dale A. Drozd and U.S. Magistrate Judge Erica P. Grosjean.[1]

---

[1] A hearing on the motions to stay in *Brandt* (*see* Doc. No. 27) and *Alverson* (*see* Doc. No. 26) was held on September 5, 2017. The court notes that the hearings on the motions to stay in *Sanzberro* (Doc. No. 27), *Silva* (Doc. No. 21), and *Jones* (Doc. No. 28) were previously vacated. In addition, hearings on the motions to stay are set for October 3, 2017 in *Browning* (Doc. No. 19) and October 6, 2017 in *Calderon* (Doc. No. 29) and *Byndloss-Collins*. (Doc. No. 31.) In light of the reassignment of these cases, the court reschedules the following cases for hearing with

3

Accordingly, all documents filed in the above referenced actions shall now bear the following case numbers:

**1:17-cv-00644-DAD-EPG**

**1:17-cv-00645-DAD-EPG**

**1:17-cv-00649-DAD-EPG**

**1:17-cv-00655-DAD-EPG**

**2:17-cv-00967-DAD-EPG**

**2:17-cv-00972-DAD-EPG**

**2:17-cv-00979-DAD-EPG**

IT IS SO ORDERED.

Dated: **September 26, 2017**

*[signature: Dale A. Drozd]*

UNITED STATES DISTRICT JUDGE

---

respect to the pending motions for stay on November 7, 2017 at 9:30 a.m. before the undersigned: (1) *Joseph Sanzberro v. Ocwen Loan Servicing, LLC*, Case No. 1:17-cv-00644-LJO-SKO; (2) *Juana Silva v. Ocwen Loan Servicing, LLC*, Case No. 1:17-cv-00645-AWI-MJS; (3) *Alice Jones v. Ocwen Loan Servicing, LLC*, Case No. 1:17-cv-00655-LJO-EPG; (4) *Laurie Calderon v. Ocwen Loan Servicing, LLC*, 2:17-cv-00967-KJM-CMK; (5) *Doreen Byndloss-Collins v. Ocwen Loan Servicing, LLC*, 2:17-cv-00972-KJM-EFB; and (6) *Tobi Browning v. Ocwen Loan Servicing, LLC*, 2:17-cv-00979-JAM-KJN. Given the related nature of these cases, the pending motions to stay will all be heard together.