UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH BRANDT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>OCWEN LOAN SERVICING, LLC,<br><br>　　　　Defendant. | No. 1:17-cv-00643-DAD-EPG<br><br>ORDER GRANTING JOINT STIPULATION TO DISMISS ACTION WITH PREJUDICE<br><br>(Doc. No. 51) |

Pursuant to the parties' joint stipulation to dismiss this action with prejudice (Doc. No. 51), it is hereby ordered that:

1. This action is hereby dismissed in its entirety with prejudice as to plaintiff's individual claims, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii);
2. The parties are to bear their own fees and costs; and
3. The court declines to retain jurisdiction over this matter to enforce the parties' settlement since there does not appear to be any future action to be taken pursuant to that settlement agreement.

IT IS SO ORDERED.

Dated: **November 20, 2018**　　　　　　　_Dale A. Drozd_
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE